IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARTIES JOHNSON, Jr.,** | CIV S-07-0320 MCE KJM P |
| Petitioner, | **ORDER** |
| v. | |
| **MIKE KNOWLES, et al.,** | |
| Respondents. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Respondents' application for a thirty (30) day extension of time to and including August 8, 2007, to file Respondent's answer to petition for writ of habeas corpus, is hereby GRANTED.

Dated: July 12, 2007.

_____
U.S. MAGISTRATE JUDGE

Order

1