IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARTIES JOHNSON, Jr.,** | CIV S-07-0320 MCE KJM P |
| Petitioner, | **ORDER** |
| v. | |
| **MIKE KNOWLES, et al.,** | |
| Respondents. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Respondent's application for a thirty (30) day extension of time to and including April 1, 2008, to file Respondent's response to petitioner's request to expand the record in the above-named case, is hereby GRANTED.

Petitioner's reply, if any, is due within twenty days of the filing of the opposition.

Dated: February 29, 2008.

_____
U.S. MAGISTRATE JUDGE

Order