IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARTIES JOHNSON, Jr.,

        Petitioner,                No. CIV S-07-320 MCE KJM P

    vs.

MIKE KNOWLES,

        Respondent.             <u>ORDER</u>

_____/

        Petitioner has requested that the court expand the record to include a transcript of an interview with James Collins, Katherine Menefield's rap sheet and police reports of some of Menefield's arrests, which he attached as Exhibits A and B to his motion. Respondent has no opposition to the request.

        In addition, respondent requested an extension of time to respond to petitioner's request.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's request to expand the record (docket no. 23) is granted and Exhibits A and B of that motion will be deemed part of the record in this habeas proceeding; and

/////

/////

2. Respondent's request for an extension of time to file his opposition or statement of non opposition (docket #30) is granted and the statement of non-opposition is deemed timely.

DATED: May 30, 2008.

_____
U.S. MAGISTRATE JUDGE

2
john0320.exp